**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | | |
|---|---|---|
| DENNIS MAURER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:24-cv-06545-GC-JBD |
| | : | |
| CANDLEWOOD ASSOCIATES, L.L.C. | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notifies this Court that the above-captioned action is dismissed with prejudice.

Respectfully submitted on this  17th  day of  October  2024,

**SO ORDERED**
on this 18th day of October, 2024

_____
Hon. Georgette Castner, U.S.D.J.

/s/ Jon G. Shadinger Jr.
_____
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

The Clerk of the Court is directed to close this matter.